Hon. Lauren King

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES, | Case No. 2:22-CV-00485-LK |
|---|---|
| Plaintiff, | |
| vs. | ORDER VACATING INITIAL SCHEDULING DEADLINES AND SETTING BRIEFING SCHDULE FOR DISPOSITIVE MOTIONS |
| THE BOEING COMPANY, | |
| Defendant. | |

This matter comes before the Court on the Parties' Stipulated Motion Setting Aside Deadline for Conference, Initial Disclosures, and Joint Report, and Setting Briefing Schedule for Dispositive Motion(s). Dkt. No. 15. Finding good cause, the Court GRANTS the motion and vacates the initial scheduling deadlines pending resolution of the parties' forthcoming dispositive motions. The Court sets the following briefing schedule:

| Deadline | Date |
|---|---|
| Boeing's Dispositive Motion | June 21, 2022 |
| Government's Response to Boeing's Dispositive Motion, Combined with Any Cross-Motion | August 22, 2022 |

| | |
|---|---|
| Absent Government's Cross-Motion, Boeing's Reply In Support of Its Dispositive Motion | September 12, 2022 |
| Boeing's Reply In Support of Its Dispositive Motion, Combined with Any Response to Government's Cross-Motion | October 21, 2022 |
| Government's Reply In Support of Its Cross-Motion | November 11, 2022 |

If necessary, the parties shall file a Joint Status Report within 45 days of the Court's ruling on their dispositive motions.

DATED this 27th day of May, 2022.

*Lauren King*
Lauren King
United States District Judge

ORDER VACATING INITIAL SCHEDULING
DEADLINES AND SETTING BREIFING SCHEDULE
FOR DISPOSITIVE MOTIONS - 2