The Honorable Lauren King

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES,<br><br>               Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>               Defendant. | CASE NO. 2:22-cv-00485-LK<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO UNSEAL PORTIONS OF BOEING'S MOTION TO DISMISS AND DOCUMENTS FILED UNDER SEAL**<br><br>[LCR 7(k), 10(g)]<br><br>NOTE ON MOTION CALENDAR:<br>July 8, 2022 |

Pursuant to Local Civil Rules 5(g)(8), 7(d)(1) and 10(g), Plaintiff The United States ("United States") and Defendant The Boeing Company ("Boeing") (together, the "Parties"), hereby submit this stipulated motion to unseal previously-sealed portions of Boeing's motion to dismiss (Dkt. 30, filed on June 21, 2022) and the three documents that Boeing filed under seal on the same day (Dkt. 33-35).

WHEREAS, on June 21, 2022, Boeing filed an unopposed motion to seal portions of its motion to dismiss and three documents it filed in support of its motion. *See* Dkt. 27 (motion to seal); Dkt. 29 (redacted motion to dismiss); Dkt. 30 (sealed motion to dismiss); Dkts. 33-35 (three sealed documents).

WHEREAS, if granted, this stipulated motion would moot the unopposed motion to seal.

WHEREAS, in accordance with LCR 5(g)(8), the Parties offer the following grounds justifying this motion:

STIPULATED MOTION TO UNSEAL AND
[PROPOSED] ORDER - 1
(Case No. 2:22-cv-00485-LK)
157385224.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000

1. Boeing's unopposed motion to seal was based on its understanding that the United States had designated the three documents that Boeing filed in support of its motion to dismiss pursuant to the Arms Export Control Act, 22 U.S.C. §§ 2751-2799 ("AECA") and its implementing International Traffic in Arms Regulations, 22 C.F.R. §§ 120-130 ("ITAR"), even though Boeing communicated to the United States that it did not believe the three documents contained any ITAR-protected technical data. Dkt. 27 at 3-4.

2. Before Boeing filed the motion to seal, the Parties explored whether the United States could withdraw the ITAR designation prior to the June 21, 2022 deadline for Boeing to file its motion to dismiss. *Id.* at 4.

3. The United States concluded it was not feasible by the deadline for Boeing's motion to dismiss to withdraw the ITAR designation, but committed to continue to examine whether it could withdraw the designation. *Id.*

4. After Boeing filed the motion to dismiss and supporting motion to seal, the Parties met and conferred again on this topic. The Parties now agree that the three documents, and the portions of Boeing's motion to dismiss that refer to those three documents, do not need to be sealed.

5. The Parties agree that the entirety of Boeing's motion to dismiss may be filed publicly.

NOW THEREFORE, the Parties, through their respective counsel, do hereby stipulate and agree that the Court may make and enter the following order, and pursuant to LCR 5(g)(8), 7(d)(1) and 10(g), hereby seek such an order from the Court:

1. The Clerk shall unseal Boeing's motion to dismiss [Dkt. 30];

2. The Clerk shall unseal the three documents that Boeing filed under seal [Dkts. 33, 34, 35];

3. Boeing's motion to seal [Dkt. 27] shall be denied as moot.

STIPULATED MOTION TO UNSEAL AND [PROPOSED] ORDER - 2
(Case No. 2:22-cv-00485-LK)
157385224.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000

| | | |
|---|---|---|
| 1 | | |
| 2 | IT IS SO STIPULATED: | For the United States of America: |
| 3 | | |
| 4 | | TODD KIM<br>Assistant Attorney General |
| 5 | | Environment and Natural Resources Division<br>United States Department of Justice |
| 6 | | |
| 7 | DATED:  July 8, 2022 | *s/ Patricia L. Hurst*<br>PATRICIA L. HURST |
| 8 | | Environmental Enforcement Section<br>Environment and Natural Resources Division |
| 9 | | United States Department of Justice<br>P.O. Box 7611 |
| 10 | | Washington, D.C.  20044-7611 |
| 11 | | Telephone: (202) 532-3301<br>Patricia.Hurst@usdoj.gov |
| 12 | | |
| 13 | | NICHOLAS W. BROWN<br>United States Attorney |
| 14 | | |
| 15 | | BRIAN C. KIPNIS<br>Assistant United States Attorney |
| 16 | | Office of the United States Attorney<br>5220 United States Courthouse |
| 17 | | 700 Stewart Street<br>Seattle, Washington 98101-1271 |
| 18 | | Phone: (206) 553-7970<br>Brian.Kipnis@usdoj.gov |
| 19 | | |
| 20 | | For The Boeing Company: |
| 21 | Dated: July 8, 2022 | *s/ Meredith R. Weinberg*<br>Kathleen M. O'Sullivan, WSBA No. 27850 |
| 22 | | Meredith R. Weinberg, WSBA No. 45713<br>Marten N. King, WSBA No. 57106 |
| 23 | | **Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900 |
| 24 | | Seattle, Washington 98101-3099<br>Telephone: +1.206.359.8000 |
| 25 | | Facsimile: +1.206.359.9000<br>KOSullivan@perkinscoie.com |
| 26 | | MWeinberg@perkinscoie.com<br>MKing@perkinscoie.com |
| 27 | | |
| 28 | STIPULATED MOTION TO UNSEAL AND<br>[PROPOSED] ORDER - 3<br>(Case No. 2:22-cv-00485-LK)<br>157385224.1 | Perkins Coie LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, Washington 98101-3099<br>Phone: +1.206.359.8000 |

Shane R. Swindle, AZ Bar No. 11738
*(admitted pro hac vice)*
Luci D. Davis, AZ Bar No. 035347
*(admitted pro hac vice)*
**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
SSwindle@perkinscoie.com
LuciDavis@perkinscoie.com

Scott M. McCaleb, DC Bar No. 439925
(*admitted pro hac vice*)
**Wiley Rein** LLP
2050 M Street NW
Washington, DC 20036
SMcCaleb@wiley.law

STIPULATED MOTION TO UNSEAL AND
[PROPOSED] ORDER - 4
(Case No. 2:22-cv-00485-LK)
157385224.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000

IT IS SO ORDERED.

Dated this _____ day of _____, 2022.

_____
THE HONORABLE LAUREN KING
United States District Judge

Presented by:

For the United States of America:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*s/ Patricia L. Hurst*_____
PATRICIA L. HURST
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
P.O. Box 7611
Washington, D.C.  20044-7611
Telephone: (202) 532-3301
Patricia.Hurst@usdoj.gov

NICHOLAS W. BROWN
United States Attorney
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Brian.Kipnis@usdoj.gov

STIPULATED MOTION TO UNSEAL AND
[PROPOSED] ORDER - 5
(Case No. 2:22-cv-00485-LK)
157385224.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000

For The Boeing Company:

*s/ Meredith R. Weinberg*
Kathleen M. O'Sullivan, WSBA No. 27850
Meredith R. Weinberg, WSBA No. 45713
Marten N. King, WSBA No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
KOSullivan@perkinscoie.com
MWeinberg@perkinscoie.com
MKing@perkinscoie.com

Shane R. Swindle, AZ Bar No. 11738
*(admitted pro hac vice)*
Luci D. Davis, AZ Bar No. 035347
*(admitted pro hac vice)*
**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
SSwindle@perkinscoie.com
LuciDavis@perkinscoie.com

Scott M. McCaleb, DC Bar No. 439925
(*admitted pro hac vice*)
**Wiley Rein** LLP
2050 M Street NW
Washington, DC 20036
SMcCaleb@wiley.law

STIPULATED MOTION TO UNSEAL AND [PROPOSED] ORDER - 6
(Case No. 2:22-cv-00485-LK)
157385224.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000