# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>   v.<br><br>THE BOEING COMPANY,<br><br>             Defendant. | CASE NO. 22-CV-00485-LK<br><br>ORDER GRANTING STIPULATED MOTION TO UNSEAL |

      Before the Court are Defendant Boeing Company's Unopposed Motion for Leave to File Portions of Its Motion to Dismiss and Exhibits Under Seal, Dkt. No. 27, and the parties' subsequently filed Stipulated Motion to Unseal Portions of Boeing's Motion to Dismiss and Documents Filed Under Seal, Dkt. No. 36. The parties now agree that the redacted information and sealed documents previously at issue do not need to be shielded from the public. Dkt. No. 36 at 2. Pursuant to the parties' stipulation, the Court ORDERS as follows:

      (1) The Clerk shall UNSEAL Boeing's Motion to Dismiss. Dkt. No. 30.

      (2) The Clerk shall UNSEAL Exhibits A, B, and C, which are attached to the Declaration of Marten King in Support of The Boeing Company's Request for Judicial Notice. Dkt.

Nos. 33–35.

(3) Boeing's Unopposed Motion for Leave to File Portions of Its Motion to Dismiss and Exhibits Under Seal is DENIED as moot. Dkt. No. 27.

Dated this 26th day of September, 2022.

*Lauren King*

Lauren King
United States District Judge

ORDER GRANTING STIPULATED MOTION TO UNSEAL - 2