THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>          Defendant. | No. 2:22-cv-00485-JRL<br><br>**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE FOR BOEING TO FILE ITS ANSWER AND COUNTERCLAIM** |

This matter comes before the Court on the parties' Unopposed Motion to Extend Deadline for Boeing to File its Answer and Counterclaim. Finding good cause, the Court GRANTS the motion. Boeing shall file its answer and counterclaim by no later than May 23, 2023.

IT IS SO ORDERED.

Dated this 4th day of May, 2023.

_____
THE HONORABLE JAMES L. ROBART
United States District Judge

Presented by:

By: _s/ P. Derek Petersen_

Kathleen M. O'Sullivan, Bar No. 27850
Meredith R. Weinberg, Bar No. 45713
Marten N. King, Bar No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000
KOSullivan@perkinscoie.com
MWeinberg@perkinscoie.com
MKing@perkinscoie.com

Shane R. Swindle, AZ Bar No. 011738
*(admitted pro hac vice)*
P. Derek Petersen, AZ Bar No. 025683
*(admitted pro hac vice)*
**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: +1.602.351.8000
Facsimile:  +1.602.648.7000
SSwindle@perkinscoie.com
PDPetersen@perkinscoie.com

Scott M. McCaleb, DC Bar No. 439925
(*admitted pro hac vice*)
Jon W. Burd, DC Bar No. 503260
(*admitted pro hac vice*)
Gary S. Ward, DC Bar No. 1015332
(*admitted pro hac vice*)
Teresita A. Regelbrugge, DC Bar No. 1779595
(*admitted pro hac vice*)
**Wiley Rein LLP**
2050 M Street NW
Washington, DC 20036
SMcCaleb@wiley.law
JBurd@wiley.law
GSWard@wiley.law
RRegelbrugge@wiley.law

*Attorneys for Defendant The Boeing Company*

[PROPOSED] ORDER GRANTING STIPULATED
MOTION TO EXTEND DEADLINE FOR BOEING TO
FILE ITS ANSWER AND COUNTERCLAIM
(NO. 2:22-CV-00485-JLR)
162040920.1