THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. <br><br> THE BOEING COMPANY, <br><br> Counterclaimant, <br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Counterclaim-Defendant. | CASE NO. 2:22-cv-0485JLR <br><br> **JOINT ~~PROPOSED~~ SCHEDULING ORDER FOR PHASE I PROCEEDINGS** <br><br> NOTING DATE:  SEPTEMBER 26, 2023 |

The United States and The Boeing Company (the "Parties") jointly propose the following schedule for Phase I litigation.  The Court issued an order on September 14, 2023 (ECF No. 66), that (1) clarified for the Parties that Phase I of litigation will include discovery regarding the United States' liability and (2) instructed the Parties to propose a scheduling order

JOINT SCHEDULING ORDER FOR
PHASE I PROCEEDINGS Case No.
2:22-cv-00485-JLR
Page 1

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 616-6536

that is consistent with the United States' motion to phase (ECF No. 61).  The dates in **Column A** below reflect the schedule the United States proposed in its motion to phase proceedings (including deadlines relating to the Government's costs that are now in Phase II pursuant to the Court's Orders) and is included here based on the September 14 order.  The schedule in **Column B** below is the Parties' jointly proposed schedule for Phase I.

The Parties' proposed schedule adds a total of approximately six months before the Phase I trial would begin.  About two months of that time is to avoid starting the trial during or shortly after the winter holidays and to accommodate scheduling conflicts, while the remainder is attributable to building in more time for discovery.  The Parties agree this extra time is needed because the schedule the United States submitted with its motion to phase did not contemplate inclusion of Boeing's divisibility defense or the United States' liability in Phase I.  With the inclusion of those issues, the Parties do not believe discovery can be completed in the time set forth in Column A.  Discovery on the United States' liability and Boeing's divisibility defense is likely to require collection and review of documents spanning several decades that are maintained by multiple federal agencies, including electronic records and paper records stored in several federal repositories.  Additional expert reports and depositions are also now likely during Phase I discovery.  The Parties' proposed schedule in Column B, while still aggressive, allows time to accommodate completion of this additional discovery.  The Parties respectfully request the Court to enter the schedule set forth in **Column B**.

| Column A | Column B<br>Parties' Proposed<br>Phase I Due Date | Event |
|---|---|---|
| November 13, 2023 | November 13, 2023 | Motions seeking to join parties or amend pleadings are due. |
| November 13, 2023 | Phase II | Government certifies administrative record of response action decision to |

JOINT SCHEDULING ORDER FOR
PHASE I PROCEEDINGS Case No.
2:22-cv-00485-JLR
Page 2

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 616-6536

| Column A | Column B<br>Parties' Proposed<br>Phase I Due Date | Event |
|---|---|---|
|  |  | Court for review under CERCLA Section 113(j). |
| February 26, 2024 | April 15, 2024 | Parties must complete Phase I fact discovery.<br><br>All discovery shall be served sufficiently in advance to be completed by this date. |
| February 26, 2024 | April 15, 2024 | The identity of any Phase I expert who may testify at trial regarding issues on which the Party has the burden of persuasion must be disclosed. |
| March 7, 2024 | May 16, 2024 | Initial Phase I expert written reports completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served. |
| April 11, 2024 | July 2, 2024 | The identity of any experts who may testify in rebuttal to any initial Phase I expert must be disclosed. |
| April 16, 2024 | July 12, 2024 | Any rebuttal expert's written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served. |
| May 6, 2024 | September 6, 2024 | All Phase 1 expert discovery must be completed. |
| May 6, 2024 | September 6, 2024 | All non-dispositive motions, other than motions *in limine* are due.** |
| May 27, 2024 | September 27, 2024 | All dispositive motions are due. |
| July 1, 2024 | October 31, 2024 | Motions *in limine* are due. |
| August 5, 2024 | February ~~1~~ **3**, 2025*** | Final Pretrial Conference |
| September 9, 2024 | March 17, 2025 | Phase I trial ready.* |

*The Parties estimate that the Phase I trial will last 10 days.

*** The court notes that February 1, 2025 falls on a Saturday. Accordingly, the court modifies the Final Pretrial Conference date so that it falls on the following business day: February 3, 2025.

JOINT SCHEDULING ORDER FOR
PHASE I PROCEEDINGS Case No.
2:22-cv-00485-JLR
Page 3

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 616-6536

1    ** Any challenge to the adequacy of the Navy's response action decision under CERCLA Section 113(j), included in the Government's proposed schedule, is now a Phase 2 issue under the Court's Orders.

**IT IS SO ORDERED**, on this 27th day of September 2023, that the Parties shall comply with the schedule in **Column B** above.

_____
United States District Judge

For the United States:

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

TESSA M. GORMAN
Acting United States Attorney

/s/ Stefan J. Bachman
STEFAN J. BACHMAN
PATRICIA L. HURST
JAMES R. MACAYEAL
Environmental Enforcement Section
LAURA GLICKMAN
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Phone: (202) 616-6536 (Bachman)
Phone: (202) 532-3301 (Hurst)
Phone: (202) 532-3301 (MacAyeal)
Phone: (202) 514-6390 (Glickman)
Stefan.Bachman@usdoj.gov
Patricia.Hurst@usdoj.gov
Jamie.Macayeal@usdoj.gov
Laura.Glickman@usdoj.gov
SONYA J. SHEA
Environmental Defense Section
999 18th St., South Terrace, Suite 370

JOINT SCHEDULING ORDER FOR
PHASE I PROCEEDINGS
Case No. 2:22-cv-00485-JLR
Page 4

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 616-6536

Denver, CO 80202
Phone: (303) 844-7231
Sonya.Shea@usdoj.gov

BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271
Phone: (206) 553-7970
Brian.Kipnis@usdoj.gov


For The Boeing Company:

By: /s/ David J. Burman
David J. Burman, WSBA No. 10611
Kathleen M. O'Sullivan, Bar No. 27850
Meredith R. Weinberg, Bar No. 45713
Marten N. King, Bar No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000
KOSullivan@perkinscoie.com
MWeinberg@perkinscoie.com
MKing@perkinscoie.com

Shane R. Swindle, AZ Bar No. 011738
(*admitted pro hac vice*)
P. Derek Petersen, AZ Bar No. 025683
(*admitted pro hac vice*)
**Perkins Coie LLP**
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: +1.602.351.8000
Facsimile:  +1.602.648.7000
SSwindle@perkinscoie.com
PDPetersen@perkinscoie.com

Scott M. McCaleb, DC Bar No. 439925
(*admitted pro hac vice*)
Jon W. Burd, DC Bar No. 503260
(*admitted pro hac vice*)
Gary S. Ward, DC Bar No. 1015332
(*admitted pro hac vice*)
Teresita A. Regelbrugge, DC Bar No. 1779595
(*admitted pro hac vice*)

JOINT SCHEDULING ORDER FOR
PHASE I PROCEEDINGS
Case No. 2:22-cv-00485-JLR
Page 5

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 616-6536

**Wiley Rein LLP**
2050 M Street NW
Washington, DC 20036
SMcCaleb@wiley.law
JBurd@wiley.law
GSWard@wiley.law
RRegelbrugge@wiley.law

JOINT SCHEDULING ORDER FOR PHASE I PROCEEDINGS Case No. 2:22-cv-00485-JLR
Page 6

U.S. Dept. of Justice/ENRD
P.O. Box 7611
Washington, D.C. 20044
(202) 616-6536