THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant.<br><br>THE BOEING COMPANY,<br><br>Counterclaimant,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Counterclaim-Defendant. | CASE NO. C22-0485JLR<br><br>**JOINT STIPULATED MOTION AND [Proposed] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**Noting Date:  February 26, 2024** |

The United States and Boeing jointly move the Court for a brief extension of the case deadlines established in the ORDER re Parties' Joint Proposed Scheduling Order for Phase I Proceedings (ECF No. 68). As described below, the Parties have diligently pursued fact discovery in this matter but have determined that it will be difficult to complete discovery on the

JOINT STIPULATED
MOT. TO EXTEND
DISCOVERY DEADLINES            1
C22-0485JLR

U.S. Department of Justice
PO Box 7611
Washington, DC 20044
(202) 616-6536

current schedule, and therefore seek to extend the deadlines by approximately three months to allow for successful completion of fact discovery.

## ARGUMENT

Since the Court issued the current scheduling order (ECF No. 68) on September 27, 2023, the Parties have diligently pursued fact discovery. Beginning shortly after issuance of the current scheduling order, the Parties have served numerous requests for production, interrogatories, and requests for admission on each other, and have served timely written responses to those requests and met and conferred as needed.[1] The United States has reviewed over 40,000 documents and produced over 180,000 pages in response to Boeing's requests, and Boeing has reviewed a similarly large volume of documents and produced over 72,000 pages in response to the United States' requests. The Parties have undertaken extensive efforts to conform to the current schedule. But given the volume, age, means of storage, and location of the potentially responsive documents in this case – challenges that have come to the fore as the Parties served requests for production and conducted searches – the Parties have concluded that it will not be possible to complete fact discovery on the current schedule. The Parties therefore request an extension of case deadlines by approximately three months, with minor deviations to accommodate holidays and avoid scheduling conflicts. The Parties believe this revised schedule will allow them sufficient time to collect, review, and produce the voluminous remaining documents that may be responsive to pending requests for production, to schedule and conduct fact depositions, and to conduct expert discovery. The Parties may also be able to resolve discovery disputes in the additional time, avoiding the need for motions practice.

---

[1] The Parties are currently discussing the sufficiency of some discovery responses and are continuing those discussions, with the goal of promptly resolving any disputes and avoiding unnecessary motions practice.

JOINT STIPULATED
MOT. TO EXTEND
DISCOVERY DEADLINES          2
C22-0485JLR

U.S. Department of Justice
PO Box 7611
Washington, DC 20044
(202) 616-6536

Accordingly, the Parties request that the Court adopt the following revised dates into the scheduling order for this case (all other elements of the existing scheduling order would remain unchanged):

| Event | Current Due Date Under ECF No. 68 | Proposed Revised Due Date |
|---|---|---|
| Parties must complete Phase I fact discovery.  All discovery shall be served sufficiently in advance to be completed by this date. | April 15, 2024 | July 19, 2024 |
| The identity of any Phase I expert who may testify at trial regarding issues on which the Party has the burden of persuasion must be disclosed. | April 15, 2024 | July 19, 2024 |
| Initial Phase I expert written reports completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served. | May 16, 2024 | August 30, 2024 |
| The identity of any experts who may testify in rebuttal to any initial Phase I expert must be disclosed. | July 2, 2024 | October 4, 2024 |
| Any rebuttal expert's written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served. | July 12, 2024 | October 31, 2024 |
| All Phase 1 expert discovery must be completed. | September 6, 2024 | January 31, 2025 |
| All non-dispositive motions, other than motions in limine are due. | September 6, 2024 | January 31, 2025 |
| All dispositive motions are due. | September 27, 2024 | February 28, 2025 |
| Motions in limine are due. | October 31, 2024 | March 14, 2025 |
| Final Pretrial Conference. | February 3, 2025 | May 5, 2025 |
| Phase I trial ready. | March 17, 2025 | ~~June 17, 2025~~ August 12, 2025* |

*The court sets the trial date for August 12, 2025, as the parties' proposed trial date conflicts with other matters on the court's trial calendar.

## **CONCLUSION**

The Parties respectfully request that the Court grant this Motion and adopt the proposed revised due dates proposed.

JOINT STIPULATED
MOT. TO EXTEND
DISCOVERY DEADLINES
C22-0485JLR

3

U.S. Department of Justice
PO Box 7611
Washington, DC 20044
(202) 616-6536

Respectfully submitted,

**For the United States of America:**

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

/s/ Stefan J. Bachman                              Dated: February 26, 2024
STEFAN J. BACHMAN
RACHAEL KAMONS
SHEILA McANANEY
Environmental Enforcement Section
LAURA GLICKMAN
AMANDA V. LINEBERRY
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536 (Bachman)
Stefan.Bachman@usdoj.gov
Rachael.Kamons@usdoj.gov
Sheila.McAnaney@usdoj.gov
Laura.Glickman@usdoj.gov
Amanda.Lineberry@usdoj.gov
DAVIS H. FORSYTHE
Environmental Enforcement Section
SONYA J. SHEA
Environmental Defense Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Davis.Forsythe@usdoj.gov
Sonya.Shea@usdoj.gov

TESSA M. GORMAN
United States Attorney

BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271

JOINT STIPULATED MOT. TO EXTEND DISCOVERY DEADLINES
C22-0485JLR

4

U.S. Department of Justice
PO Box 7611
Washington, DC 20044
(202) 616-6536

Phone: (206) 553-7970
Brian.Kipnis@usdoj.gov

**For The Boeing Company:**

*/s/ Marten N. King*                                    Dated: February 26, 2024
David J. Burman, WSBA No. 10611
Kathleen M. O'Sullivan, WSBA No. 27850
Meredith R. Weinberg, WSBA No. 45713
Marten N. King, WSBA No. 57106
Paige L. Whidbee, WSBA No. 55072
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
DBurman@perkinscoie.com
KOSullivan@perkinscoie.com
MWeinberg@perkinscoie.com
MKing@perkinscoie.com
PWhidbee@perkinscoie.com
Shane R. Swindle, AZ Bar No. 11738
(admitted pro hac vice)
P. Derek Petersen, AZ Bar No. 25683
(admitted pro hac vice)
Perkins Coie LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
SSwindle@perkinscoie.com
PDPetersen@perkinscoie.com
Scott M. McCaleb, DC Bar No. 439925
(admitted pro hac vice)
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
SMcCaleb@wiley.law

//

//

JOINT STIPULATED MOT. TO EXTEND DISCOVERY DEADLINES
C22-0485JLR

5

U.S. Department of Justice
PO Box 7611
Washington, DC 20044
(202) 616-6536

**ORDER**

Based on the foregoing, IT IS SO ORDERED.

Dated: February 27, 2025

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED
MOT. TO EXTEND
DISCOVERY DEADLINES
C22-0485JLR

6

U.S. Department of Justice
PO Box 7611
Washington, DC 20044
(202) 616-6536