THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY,<br><br>            Defendant.<br><br>THE BOEING COMPANY,<br><br>            Counterclaimant,<br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>            Counterclaim-Defendant. | CASE NO. C22-0485JLR<br><br>**JOINT STIPULATED MOTION AND [Proposed] ORDER TO EXTEND DEADLINE FOR RULE 30(b)(6) DEPOSITIONS AND EXPERT DISCOVERY AND MOTION DEADLINES**<br><br>**Noting Date: July 8, 2024** |

The United States and Boeing jointly move the Court for permission to take depositions under FRCP 30(b)(6) after the Court's July 19, 2024 deadline for completion of fact discovery in this matter and to briefly extend the deadlines set forth in the Court's Order at ECF No. 77 for expert discovery and motions practice. Granting the Parties' request will not alter the trial-ready date for this matter.

The Parties have diligently pursued fact discovery, deposing many witnesses, serving numerous requests for production, requests for admission, and interrogatories, and conferring as needed. Although the Parties expect to complete all responses to outstanding discovery requests before the Court's July 19, 2024 deadline, given the age, volume, means of storage, and location of many documents in this case, some documents may not be produced until the final week of fact discovery. To allow for productive 30(b)(6) depositions, the Parties request to take depositions under FRCP 30(b)(6) until **September 6, 2024**, and to briefly extend the expert discovery deadlines and the deadline for motions as follows:

| EVENT | CURRENT DEADLINE UNDER ECF NO. 77 | PROPOSED REVISED DEADLINE |
|---|---|---|
| Initial Phase I expert written reports completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served. | August 30, 2024 | October 11, 2024 |
| The identity of any experts who may testify in rebuttal to any initial Phase I expert must be disclosed. | October 4, 2024 | November 8, 2024 |
| Any rebuttal expert's written report completed in accordance with Fed. R. Civ. P. 26(a)(2)(B) must be served. | October 31, 2024 | December 13, 2024 |
| All Phase I expert discovery must be complete | January 31, 2025 | February 28, 2025 |
| All non-dispositive motions, other than motions in limine, are due | January 31, 2025 | February 28, 2025 |

| All dispositive motions are due | February 28, 2025 | March 31, 2025 |
| --- | --- | --- |
| Motions in limine are due | March 14, 2025 | ~~April 11, 2025~~<br><br>July 8, 2025* |
| Pretrial Conference* | May 5, 2025 | July 29, 2025, at 2:00 P.M.* |

*The court has modified certain proposed and existing deadlines as indicated above.

All other deadlines will remain as set forth in the Court's February 27, 2024 Order (ECF. No. 77).

Respectfully submitted,

**For the United States of America:**

TODD KIM
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

*/s/ Stefan J. Bachman*       Dated: July 5, 2024
STEFAN J. BACHMAN
RACHAEL KAMONS
SHEILA McANANEY
Environmental Enforcement Section
LAURA GLICKMAN
AMANDA V. LINEBERRY
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044-7611
Phone: (202) 616-6536 (Bachman)
Stefan.Bachman@usdoj.gov
Rachael.Kamons@usdoj.gov
Sheila.McAnaney@usdoj.gov
Laura.Glickman@usdoj.gov
Amanda.Lineberry@usdoj.gov
DAVIS H. FORSYTHE

Environmental Enforcement Section
SONYA J. SHEA
Environmental Defense Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Davis.Forsythe@usdoj.gov
Sonya.Shea@usdoj.gov

TESSA M. GORMAN
United States Attorney

BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, WA 98101-1271
Phone: (206) 553-7970
Brian.Kipnis@usdoj.gov

**For The Boeing Company:**

/s/ P. Derek Petersen                              Dated: July 5, 2024
David J. Burman, WSBA No. 10611
Kathleen M. O'Sullivan, WSBA No. 27850
Meredith R. Weinberg, WSBA No. 45713
Marten N. King, WSBA No. 57106
Paige L. Whidbee, WSBA No. 55072
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
DBurman@perkinscoie.com
KOSullivan@perkinscoie.com
MWeinberg@perkinscoie.com
MKing@perkinscoie.com
PWhidbee@perkinscoie.com
Shane R. Swindle, AZ Bar No. 11738
(admitted pro hac vice)
P. Derek Petersen, AZ Bar No. 25683
(admitted pro hac vice)
Perkins Coie LLP
2901 North Central Avenue, Suite 2000

JOINT STIPULATED MOT. TO EXTEND EXPERT DISCOVERY AND MOTION DEADLINES C22-0485JLR     4     U.S. Department of Justice
PO Box 7611
Washington, DC 20044
(202) 616-6536

Phoenix, Arizona 85012
Telephone: +1.602.351.8000
Facsimile: +1.602.648.7000
SSwindle@perkinscoie.com
PDPetersen@perkinscoie.com
Scott M. McCaleb, DC Bar No. 439925
(admitted pro hac vice)
Wiley Rein LLP
2050 M Street NW
Washington, DC 20036
SMcCaleb@wiley.law

## ORDER

Based on the foregoing, IT IS SO ORDERED.

Dated: July 8, 2024

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE