THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>　　　　　　　　Defendant.<br><br>THE BOEING COMPANY,<br><br>　　　　　　　　Counterclaimant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Counterclaim-Defendant. | No. 2:22-cv-0485-JLR<br><br>**JOINT STIPULATED MOTION TO EXTEND DEADLINE TO DISCLOSE EXPERTS**<br><br>**Note on Motion Calendar: July 17, 2024** |

　　　The United States and Boeing jointly move for a brief extension of the deadline for each party to disclose the identity of any Phase I expert who may testify at trial regarding issues on which the party has the burden of persuasion. On July 7, 2024, the parties requested additional time to complete Rule 30(b)(6) depositions, expert discovery, and certain motions. Dkt. 80 at 3–4. The Court granted the parties' request the next day. Dkt. 81 at 3–4. The parties now realize that in asking the Court to extend the deadline for serving initial expert reports, they inadvertently failed

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO DISCLOSE EXPERTS
(No. 2:22-CV-00485-JLR) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

to ask the Court to extend the corresponding deadline for disclosing the identity of those same experts. That deadline is currently set for July 19, 2024. Dkt. 77 at 3.

The parties therefore ask the Court to extend the deadline for each party to disclose the identity of any Phase I expert who may testify at trial regarding issues on which the party has the burden of persuasion from July 19, 2024 to September 13, 2024. The requested extension is supported by the same reasons that the parties gave, and the Court accepted, for extending other related deadlines—namely, that the parties have diligently pursued fact discovery but need additional time to prepare for 30(b)(6) depositions, which in turn requires the parties to have additional time to complete expert discovery. See Dkt. 81 at 2.

DATED: July 17, 2024

Respectfully submitted,

By: s/ Marten N. King
Marten N. King, WSBA No. 57106
David J. Burman, WSBA 10611
Kathleen M. O'Sullivan, WSBA No. 27850
Meredith R. Weinberg, WSBA No. 45713
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile:  +1.206.359.9000
DBurman@perkinscoie.com
KOSullivan@perkinscoie.com
MWeinberg@perkinscoie.com
MKing@perkinscoie.com

Shane R. Swindle, AZ Bar No. 11738
(admitted pro hac vice)
P. Derek Petersen, AZ Bar No. 25683
(admitted pro hac vice)
Christopher S. Coleman, AZ Bar No. 018287
(admitted pro hac vice)
**Perkins Coie LLP**
2525 E. Camelback Road, Suite 500
Phoenix, Arizona 85016
Telephone: +1.602.351.8000
Facsimile:  +1.602.648.7000
SSwindle@perkinscoie.com
PDPetersen@perkinscoie.com
CColeman@perkinscoie.com

By: s/ Stefan J. Bachman
STEFAN J. BACHMAN
RACHAEL KAMONS
SHEILA McANANEY
JAMES R. MacAYEAL
Environmental Enforcement Section
LAURA GLICKMAN
AMANDA V. LINEBERRY
Environmental Defense Section
P. O. Box 7611
Washington, D.C. 20044-7611
Phone: +1.202.616.6536 (Bachman)
Stefan.Bachman@usdoj.gov
Rachael.Kamons@usdoj.gov
Sheila.McAnaney@usdoj.gov
Laura.Glickman@usdoj.gov
Amanda.Lineberry@usdoj.gov
jamie.macayeal@usdoj.gov

DAVIS H. FORSYTHE
Environmental Enforcement Section
SONYA J. SHEA
Environmental Defense Section
999 18th Street, South Terrace
Suite 370
Denver, Colorado 80202
Davis.Forsythe@usdoj.gov
Sonya.Shea@usdoj.gov

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO DISCLOSE EXPERTS
(No. 2:22-CV-00485-JLR) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

| | |
|---|---|
| Scott M. McCaleb, DC Bar No. 439925<br>(admitted *pro hac vice*)<br>Jon W. Burd, DC Bar No. 503260<br>(admitted *pro hac vice*)<br>Gary S. Ward, DC Bar No. 1015332<br>(admitted *pro hac vice*)<br>Teresita A. Regelbrugge, DC Bar No. 1779595<br>(admitted *pro hac vice*)<br>**Wiley Rein LLP**<br>2050 M Street NW<br>Washington, D.C. 20036<br>SMcCaleb@wiley.law<br>JBurd@wiley.law<br>GSWard@wiley.law<br>RRegelbrugge@wiley.law<br><br>*Attorneys for Defendant The Boeing Company* | BRIAN C. KIPNIS<br>Assistant United States Attorney<br>Office of the United States Attorney<br>5220 United States Courthouse<br>700 Stewart Street<br>Seattle, Washington 98101-1271<br>Phone: +1.206.553.7970<br>Brian.Kipnis@usdoj.gov<br><br>*Attorneys for Plaintiff the United States of America* |

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO DISCLOSE EXPERTS
(No. 2:22-CV-00485-JLR) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# [~~PROPOSED~~] ORDER

Based on the foregoing, IT IS SO ORDERED that the deadline for each party to disclose the identity of any Phase I expert who may testify at trial regarding issues on which the party has the burden of persuasion is extended from July 19, 2024 to September 13, 2024.

DATED this 17th day of July, 2024

_____
The Honorable James L. Robart
United States District Judge

Presented By:

By: *s/ Marten N. King*
    Marten N. King, WSBA No. 57106
    David J. Burman, WSBA No. 10611
    Kathleen M. O'Sullivan, WSBA No. 27850
    Meredith R. Weinberg, WSBA No. 45713
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    DBurman@perkinscoie.com
    KOSullivan@perkinscoie.com
    MWeinberg@perkinscoie.com
    MKing@perkinscoie.com

    Shane R. Swindle, AZ Bar No. 11738
    (admitted *pro hac vice*)
    P. Derek Petersen, AZ Bar No. 25683
    (admitted *pro hac vice*)
    Christopher S. Coleman, AZ Bar No. 018287
    (admitted *pro hac vice*)
    **Perkins Coie LLP**
    2525 E. Camelback Road, Suite 500
    Phoenix, Arizona 85016
    Telephone: +1.602.351.8000
    Facsimile: +1.602.648.7000
    SSwindle@perkinscoie.com
    PDPetersen@perkinscoie.com
    CColeman@perkinscoie.com

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO DISCLOSE EXPERTS
(No. 2:22-CV-00485-JLR) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

|   |   |
|---|---|
| 1 | Scott M. McCaleb, DC Bar No. 439925 |
| 2 | (admitted *pro hac vice*)<br>Jon W. Burd, DC Bar No. 503260 |
| 3 | (admitted *pro hac vice*)<br>Gary S. Ward, DC Bar No. 1015332 |
| 4 | (admitted pro hac vice) |
| 5 | Teresita A. Regelbrugge, DC Bar No. 1779595<br>(*admitted pro hac vice*) |
| 6 | **Wiley Rein LLP** |
| 7 | 2050 M Street NW<br>Washington, DC 20036 |
| 8 | SMcCaleb@wiley.law |
| 9 | *Attorneys for Defendant The Boeing Company* |
| 10 | By: *s/ Stefan J. Bachman* |
| 11 | STEFAN J. BACHMAN<br>RACHAEL KAMONS |
| 12 | SHEILA McANANEY |
| 13 | JAMES R. MacAYEAL<br>Environmental Enforcement Section |
| 14 | LAURA GLICKMAN<br>AMANDA V. LINEBERRY |
| 15 | Environmental Defense Section |
| 16 | P. O. Box 7611<br>Washington, D.C. 20044-7611 |
| 17 | Phone: +1.202.616.6536 (Bachman) |
| 18 | Stefan.Bachman@usdoj.gov<br>Rachael.Kamons@usdoj.gov |
| 19 | Sheila.McAnaney@usdoj.gov<br>Laura.Glickman@usdoj.gov |
| 20 | Amanda.Lineberry@usdoj.gov |
| 21 | jamie.macayeal@usdoj.gov |
| 22 | DAVIS H. FORSYTHE<br>Environmental Enforcement Section |
| 23 | SONYA J. SHEA |
| 24 | Environmental Defense Section<br>999 18th Street, South Terrace, Suite 370 |
| 25 | Denver, Colorado 80202<br>Davis.Forsythe@usdoj.gov |
| 26 | Sonya.Shea@usdoj.gov |
| 27 |   |
| 28 |   |

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO DISCLOSE EXPERTS
(No. 2:22-CV-00485-JLR) – 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: +1.206.553.7970
Brian.Kipnis@usdoj.gov

*Attorneys for Plaintiff the United States of America*

JOINT STIPULATED MOTION TO EXTEND
DEADLINE TO DISCLOSE EXPERTS
(No. 2:22-CV-00485-JLR) – 6

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000