THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff /
        Counter-Defendant

    v.

THE BOEING COMPANY,

        Defendant /
        Counter-Claimant.

CASE NO. C22-0485JLR

**SECOND JOINT STIPULATED MOTION AND [Proposed] ORDER TO STAY LITIGATION FOR 90 DAYS TO FACILITATE SETTLEMENT NEGOTIATIONS**

**Noting Date: February 20, 2026**

The United States of America and The Boeing Company ("Parties") jointly move the Court for a 90-day stay of the remaining litigation deadlines to allow the Parties time to continue productive settlement discussions. The Court previously stayed this matter from December 14, 2024, to March 14, 2025, so the Parties could explore settlement. (ECF No. 86). Since then, the Parties have diligently engaged in expert discovery and recently resumed settlement discussions. The Parties have made meaningful progress in those discussions, including exchanging several offers and counteroffers and a draft consent decree. A second brief stay will allow the Parties to continue negotiations without incurring additional, and potentially avoidable, litigation costs. Accordingly, the Parties request that the Court stay this matter for 90 days. At least seven days before expiration of the stay, if a consent

JOINT STIPULATED MOTION TO STAY LITIGATION
FOR 90 DAYS - 1
(Case No. C22-0485JLR)

decree has not yet been filed, the Parties will file a joint report informing the Court about the status of negotiations and seeking a further continuance of the stay or proposing a schedule for litigation.

Dated:  February 20. 2026                     Respectfully submitted,

**For the United States of America:**          **For The Boeing Company:**

*/s/ Stefan J. Bachman*                        */s/ Kathleen M. O'Sullivan*

STEFAN J. BACHMAN                              Kathleen M. O'Sullivan, WSBA No. 27850
DAVIS H. FORSYTHE                              PERKINS COIE LLP
RACHAEL KAMONS                                 1201 Third Avenue, Suite 4900
SHEILA McANANEY                                Seattle, Washington 98101-3099
Environmental Enforcement Section              Telephone: +1.206.359.8000
LAURA GLICKMAN                                 Facsimile: +1.206.359.9000
Environmental Defense Section                  KOSullivan@perkinscoie.com
P.O. Box 7611
Washington, DC 20044-7611                      Scott M. McCaleb, DC Bar No. 439925
Phone: (202) 616-6536 (Bachman)                (admitted pro hac vice)
Stefan.Bachman@usdoj.gov                       WILEY REIN LLP
Davis.Forsythe@usdoj.gov                       2050 M Street NW
Rachael.Kamons@usdoj.gov                       Washington, DC 20036
Sheila.McAnaney@usdoj.gov                      SMcCaleb@wiley.law
Laura.Glickman@usdoj.gov

JOINT STIPULATED MOTION TO STAY LITIGATION
FOR 90 DAYS - 3
(Case No. C22-0485JLR)

**[Proposed] ORDER**

Based on the foregoing, IT IS SO ORDERED.


DATED:  February 23, 2026

_____
The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

JOINT STIPULATED MOTION TO STAY LITIGATION
FOR 90 DAYS - 4
(Case No. C22-0485JLR)