THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

        Plaintiff /
        Counter-Defendant

    v.

THE BOEING COMPANY,

        Defendant /
        Counter-Claimant.

CASE NO. C22-0485JLR

**JOINT STATUS REPORT AND
[~~PROPOSED~~] ORDER**

In accordance with the Court's February 23, 2026 Order to Stay Litigation for 90 Days to Facilitate Settlement Negotiations, and the Joint Status Report filed by the United States of America ("United States") and The Boeing Company ("Boeing") (collectively, "the Parties") on May 19, 2026, *see* ECF 110, the Parties jointly submit this report to request that the Court extend the current stay 45 days, until July 10, 2026.  The Parties believe this should provide sufficient time for them to resolve this matter without incurring additional, and potentially avoidable, litigation costs.  At least seven days before the expiration of the stay, if a consent decree has not yet been filed, the Parties will file a joint report informing the Court about the status of negotiations and seeking a further continuance of the stay or proposing a schedule for litigation.

JOINT STATUS REPORT - 1
(Case No. C22-0485JLR)

Dated:  May 22, 2026                       Respectfully submitted,

**For the United States of America:**                **For The Boeing Company:**

*/s/ Davis H. Forsythe*                              */s/ Kathleen M. O'Sullivan*

STEFAN J. BACHMAN                                    Kathleen M. O'Sullivan, WSBA No. 27850
DAVIS H. FORSYTHE                                    PERKINS COIE LLP
RACHAEL KAMONS                                       1201 Third Avenue, Suite 4900
SHEILA McANANEY                                      Seattle, Washington 98101-3099
Environmental Enforcement Section                    Telephone: +1.206.359.8000
LAURA GLICKMAN                                       Facsimile: +1.206.359.9000
Environmental Defense Section                        KOSullivan@perkinscoie.com
P.O. Box 7611
Washington, DC 20044-7611                            Scott M. McCaleb, DC Bar No. 439925
Phone: (202) 616-6536 (Bachman)                      (admitted pro hac vice)
Stefan.Bachman@usdoj.gov                             WILEY REIN LLP
Davis.Forsythe@usdoj.gov                             2050 M Street NW
Rachael.Kamons@usdoj.gov                             Washington, DC 20036
Sheila.McAnaney@usdoj.gov                            SMcCaleb@wiley.law
Laura.Glickman@usdoj.gov

JOINT STATUS REPORT - 2
(Case No. C22-0485JLR)

[~~Proposed~~] **ORDER**

Based on the foregoing, IT IS SO ORDERED.  The Clerk is DIRECTED to vacate the August 24, 2026 trial date and all remaining pretrial deadlines.  (*See* 4/30/25 Sched. Order (Dkt. # 93).)

DATED:  May 26, 2026.

_____

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

JOINT STATUS REPORT AND
[~~PROPOSED~~] ORDER - 3
(No. 2:22-cv-00485-JLR)